```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 40118
   ALLAN J SCHLEGEL
   DEBORA SCHLEGEL                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-3581      SSN XXX-XX-0222
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/28/04 and confirmed on 12/30/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 15120.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDAMERICA BANK | CURRENT MORTG | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 23210.98 | .00 | 2916.81 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4684.05 | .00 | 588.62 |
| ROUNDUP FUNDING LLC | UNSECURED | 43529.08 | .00 | 5470.08 |
| BOMBAY CO | UNSECURED | NOT FILED | .00 | .00 |
| TSYS DEBT MANAGEMENT | UNSECURED | 233.68 | .00 | 29.37 |
| CITY OF CHICAGO | FILED LATE | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6199.23 | .00 | 779.03 |
| DISCOVER BANK | UNSECURED | 10206.37 | .00 | 1282.58 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1078.45 | .00 | 135.52 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 342.60 | .00 | 43.05 |
| KOHLS | UNSECURED | 752.05 | .00 | 94.51 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13415.99 | .00 | 1685.92 |
| BECKET & LEE LLP | UNSECURED | 1326.62 | .00 | 166.71 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 104979.10 | .00 | 104979.10 |
| PRINCIPAL PAID | .00 | .00 | 13192.20 | .00 | 13192.20 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 13192.20 | .00 | 13192.20 |

The Debtor's attorney, JOHN C RENZI                    , was allowed $  2050.00 and was paid $   700.00  direct and $   1350.00  through the plan.

The Trustee received $    577.80 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 40118 ALLAN J SCHLEGEL & DEBORA SCHLEGEL